UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FLOYD E. KOHN #393687,

    Plaintiff,

v.

UNKNOWN ERNST, et al.,

    Defendants.

Case No. 2:16-CV-115

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 11, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant Defendants Hall and Lancour's motion for summary judgment. The Report and Recommendation was served on Plaintiff on December 11, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the December 11, 2018, Report and Recommendation (ECF No. 56) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Hall and Lancour's Motion for Summary Judgment (ECF No. 50) is **GRANTED**, and Plaintiff's claims are **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: January 10, 2019

           /s/ Gordon J. Quist
          GORDON J. QUIST
     UNITED STATES DISTRICT JUDGE